**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CAROLYN WENDY HERZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 1:14-cv-2001-RLY-DKL |
| ) | |
| CHARLENE PFENNINGER, et al., ) | |
| ) | |
| Defendants. ) | |

APPEARANCE

To:    The Clerk of Court and all parties of record:

**Darren J. Murphy** is admitted or otherwise authorized to practice in this court and

enters his Appearance on behalf of Defendant Kathy Richardson.

Respectfully submitted,

s/ Darren J. Murphy_____
Darren J. Murphy, Atty No. 20282-49
Assistant Hamilton County Attorney
694 Logan St.
Noblesville, IN 46060
Phone: (317) 773-4212
Fax:    (317) 776-2369
E-mail: dmurphy@ori.net

1

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2014, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Courtøs electronic filing system. Parties may access this filing through the Courtøs system.

**Andrew W. Huber**
PFENNINGER & ASSOCIATES
9247 N. Meridian Street
Suite 219
Indianapolis, IN 46204
317-848-7500
Fax: 317-816-9400
Email: andrew@indianacollections.com

**P. Frederick Pfenninger**
PFENNINGER & ACCOCIATES
9247 North Meridian Street
Suite 219
Indianapolis, IN 46260
(317) 848-7500
Fax: (317) 816-9400
Email: fred@indianacollections.com

**Jill Z. Julian**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2417
Fax: (317) 226-6125
Email: jill.julian@usdoj.gov

s/ Darren J. Murphy_____
Darren J. Murphy, Atty No. 20282-49
Assistant Hamilton County Attorney
694 Logan St.
Noblesville, IN 46060
Phone: (317) 773-4212
Fax:    (317) 776-2369
E-mail: dmurphy@ori.net

2

I further certify that on December 12, 2014, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Carolyn Herz Srivastava
3105 Lehigh Ct.
Indianapolis, IN 46268-1320

                                   s/ Darren J. Murphy_____
                                   Darren J. Murphy, Atty No. 20282-49
                                   Assistant Hamilton County Attorney
                                   694 Logan St.
                                   Noblesville, IN 46060
                                   Phone: (317) 773-4212
                                   Fax:    (317) 776-2369
                                   E-mail: dmurphy@ori.net