**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

CAROLYN WENDY HERZ,     )
          )
    **Plaintiff,**       )
          )
   **v.**          )     **CAUSE NO: 1:14-cv-2001-RLY-DKL**
          )
CHARELENE PFENNINER, et al.    )
          )
    **Defendants.**     )

**NOTICE OF APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for: the Honorable Indiana Senator Michael Delph and Indiana Supreme Court Justice Mark

Massa.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Dated:  <u>December 19, 2014</u>    By:   *s/Patricia Huber Strachan*
                         Patricia Huber Strachan
                         Deputy Attorney General
                         Atty. No. 11422-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 232-0018
Fax:    (317) 232-7979
Email:  Patricia.Strachan@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014 a copy of the foregoing Notice of Appearance of Counsel was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Jill Z. Julian<br>U.S ATTORNEY'S OFFICE<br>10 W. Market Street, Suite 2100<br>Indianapolis, IN 46204<br>Jill.julian@usdoj.gov | Beth Ann Garrison, Esq.<br>Office of Corporation Counsel<br>T-1601 City County Building<br>200 E. Washington Street<br>Indianapolis, IN 46204 |
| Darren James Murphy, Esq.<br>694 Logan Street<br>Noblesville, IN 46060 | Laura Kay Binford, Esq.<br>Riley Bennett & Egloff, LLP<br>141 E. Washington Street<br>Floor 4<br>Indianapolis, IN 46204 |
| Andrew W. Huber, Esq.<br>P. Frederick Pfenninger, Esq.<br>PFENNINGER & ASSOCIATES<br>9247 N. Meridian Street<br>Suite 219<br>Indianapolis, IN 46204 | |

I further certify that a copy of the foregoing has been sent to the parties of record listed below by United States mail, first-class postage prepaid on this 15th day of December, 2014:

| |
|---|
| CAROLYN WENDY HERZ<br>3105 Lehigh Court<br>Indianapolis, IN 46268<br>Pro Se Plaintiff |

*s/Patricia Huber Strachan*
Patricia Huber Strachan
Deputy Attorney General

2

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 232-0018
Fax:    (317) 232-7979
Email:  Patricia.Strachan@atg.in.gov

PHS:I386681/ydh

3